# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

> *Karen Camp v. Bayer HealthCare*          No. 10-cv-13882-DRH
> *Pharmaceuticals Inc., et al.*

> *Andrea Spencer v. Bayer HealthCare*          No. 10-cv-12911-DRH
> *Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 18, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


                                             **JUSTINE FLANAGAN,**
                                             **ACTING CLERK OF COURT**

                                             **BY:   /s/Caitlin Fischer**
                                                          **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.06.19 15:18:58 -05'00'

APPROVED:

          DISTRICT JUDGE
          U. S. DISTRICT COURT